## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

**KRISTOFFER MARTIN,**
**individually and on behalf of**
**all others similarly situated,**

        **Plaintiff,**

                                       **CASE NO. 20-cv-279**

    **v.**

**EATSTREET, INC.**

        **Defendant.**

### NOTICE OF FILING CONSENT TO JOIN LAWSUIT

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216(b), Plaintiff

hereby file(s) the attached consent form(s) for the following person(s):

1. Steven A. Charles;

2. Gale E. McKeeth; and

3. Robert Weich.

Dated this 26th day of March 2020.

                                    Respectfully submitted,

                                     ***s/ Timothy P. Maynard***
                                     Larry A. Johnson
                                     SBN 1056619
                                     Summer H. Murshid
                                     SBN 1075404
                                     Timothy P. Maynard
                                     SBN 1080953

                                     **Hawks Quindel, S.C.**

222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI  53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
        tmaynard@hq-law.com
        smurshid@hq-law.com

Attorneys for Plaintiff