IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**KRISTOFFER MARTIN,**
**individually and on behalf of**
**all others similarly situated,**

        **Plaintiff,**

                        CASE NO. 20-cv-279

  **v.**

**EATSTREET, INC.**

        **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing documents were filed using the CM/ECF system today and a true and correct copy of those documents will be served on the following parties by way of Personal Service:

EatStreet, Inc.
c/o Registered Agent Matt Howard
316 W Washington Ave., Ste. 725
Madison, WI 53703

Dated this 26th day of March 2020.

                                            Respectfully submitted,

                                          _s/ Timothy P. Maynard_
                                         Larry A. Johnson
                                         SBN 1056619
                                         Summer H. Murshid
                                         SBN 1075404
                                         Timothy P. Maynard
                                         SBN 1080953

        **Hawks Quindel, S.C.**
222 East Erie, Suite 210
P.O. Box 442
Milwaukee, WI 53201-0442
Telephone: 414-271-8650
Fax: 414-271-8442
E-mail: ljohnson@hq-law.com
       tmaynard@hq-law.com
       smurshid@hq-law.com

Attorneys for Plaintiff