# CONSENT FORM

I hereby consent to make a claim against Eatstreet, Inc. for unpaid minimum and/or overtime wages under the FLSA. In the past three years, I worked for Eatstreet, Inc. and there were workweeks in which I did not receive minimum wages and overtime compensation for all hours I worked in excess of forty in a workweek as provided for under the FLSA.

I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and hereby designate Named Plaintiff Kristoffer Martin to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of any agreements between Plaintiff's Counsel concerning attorneys' fees and costs, settlement, and all other matters pertaining to this lawsuit. If this case does not proceed collectively, I consent to join any subsequent action to assert these claims against Eat Street, Inc.

*DocuSigned by:*
*[signature]*
A915E002BE3A45C...                                 3/29/2020

Signature and Date

Jennifer Miller

Print Name

Fax, Mail or Email to:
Hawks Quindel, S.C.
Attn: Larry A. Johnson
PO Box 442
Milwaukee, Wisconsin 53201
Fax: (414) 271-8442
Telephone: (414) 271-8650
Email: ljohnson@hq-law.com
www.hq-law.com