UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**KRISTOFFER MARTIN *et al.*,**
individually and on behalf of
all others similarly situated,                    Case No.:    20-cv-00279
      Plaintiffs,

   v.

**EATSTREET, INC.,**
**JOHN DOE 1, and**
**JOHN DOE 2**
      Defendant.

## NOTICE OF SETTLEMENT

    Plaintiffs, by their undersigned attorneys, and Defendant, by its undersigned attorney, hereby file this Notice of Settlement. The Parties are currently working to reduce their settlement to a formal written agreement and, once such agreement is fully executed, will file a joint motion for preliminary approval of the settlement with the Court. The Parties anticipate filing such documents within 60 days from the date of this filing and respectfully request that all currently pending dates be removed from the Court's docket for this case.

    Dated this 19th day of October 2021.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| *s/Benjamin T. Johnson* | *s/Summer H. Murshid* |
| Benjamin T. Johnson, #1089033 | Larry A. Johnson |
| | WI Bar No. 1056619 |
| **MICHAEL BEST & FRIEDRICH LLP** | Summer Murshid |
| 444 West Lake Street, Suite 3200 | WI Bar No. 1075404 |
| Chicago, IL 60606 | Timothy Maynard |
| Telephone: 312.222.0800 | WI Bar No. 1080953 |

| | |
|---|---|
| Facsimile: 312.222.0818<br>Email: btjohnson@michaelbest.com | Nathan T. Caputa<br>WI Bar No. 1115499 |
| Emi M. Passini, #1101454<br>Paul E. Benson, #1001457 | **Hawks Quindel, S.C.**<br>222 East Erie, Suite 210<br>P.O. Box 442 |
| **MICHAEL BEST & FRIEDRICH LLP**<br>790 North Water Street, Suite 2500<br>Milwaukee, WI 53202<br>Telephone: 414.271.6560<br>Facsimile: 414.277.0656<br>E-mail: empassini@michaelbest.com<br>        pebenson@michaelbest.com | Milwaukee, WI 53201-0442<br>Telephone: 414-271-8650<br>Fax: 414-271-8442<br>E-mail: ljohnson@hq-law.com<br>        smurshid@hq-law.com<br>        tmaynard@hq-law.com<br>        ncaputa@hq-law.com |
| Attorneys for Defendant | Attorneys for Plaintiffs |