IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**KRISTOFFER MARTIN et al.,**
**individually and on behalf of**
**all others similarly situated,**

        **Plaintiffs,**

        CASE NO. 20-cv-279

  v.

**EATSTREET, INC.**

        **Defendant.**

ENTRY OF JUDGMENT

    Whereas this action was previously resolved by the Parties through settlement; the Settlement Agreement stipulated to entry of this judgment without further action by the Parties or the Court; Defendant failed to make the payment as required under the Settlement Agreement; and the Court retained jurisidiction to enforce the terms of the Settlement Agreement,

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs shall recover from Defendant the amount of _____, which represents the difference between $1,240,000.00 and all settlement payments made to date, plus all attorneys' fees and costs incurred by Plaintiffs' Counsel in connection with collection efforts under the Settlement Agreement.

    Dated this _____ day of _____ _____ at Madison, Wisconsin.

        By:  _____
                Hon. James D. Peterson
                United States District JUdge