June 3, 2022

Via ECF

Hon. James D. Peterson
U.S. District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

    **Re:** *Martin v. Eatstreet, Inc.*
          *W.D. Wis. Case No. 20-cv-279*

Honorable Judge Peterson:

The Parties jointly submit this letter to request a status update on their pending Motion for Preliminary Approval of Rule 23 Class and Collective Action Settlement (ECF No. 137), which was filed on December 17, 2021.

Thank you for your consideration of this matter.

    Respectfully submitted,
    HAWKS QUINDEL, S.C.

    *s/ Timothy P. Maynard*
    Timothy P. Maynard
    WI Bar No. 1080953
    tmaynard@hq-law.com
    Attorneys for Plaintiffs


    Sincerely,
    MICHAEL BEST & FRIEDRICH LLP

    *s/Benjamin T. Johnson*
    Benjamin T. Johnson, # 1089033
    btjohnson@michaelbest.com
    Attorneys for Defendant