IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTOFFER MARTIN, et al,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

                                  CASE NO. 20-cv-279

    v.

EATSTREET, INC.,
JOHN DOE 1, and
JOHN DOE 2

        Defendants.

## JOINT MOTION FOR FINAL APPROVAL OF RULE 23 CLASS AND COLLECTIVE ACTION SETTLEMENT

Plaintiffs Kristoffer Martin, Scott Quattrucci and Calvin Jones ("Plaintiffs"), individually and on behalf of the certified Rule 23 Class Members and 29 USC § 216(b) Collective Members (collectively "Class Members") and EatStreet, Inc. ("Defendants"), by and through their Counsel, submit this Joint Motion for Final Approval of Rule 23 Class and Collective Action Settlement. This Motion is supported by the Parties' Brief in Support as well as the declarations of Attorneys Summer H. Murshid and Benjamin T. Johnson. The Parties further state as follows:

1. The Parties, through negotiation, reached a settlement in this case on October 19, 2021, on a collective and class-wide basis. On December 1, 2022, The Court entered an Order granting the Parties' Renewed Joint Motion for Preliminary Approval and Class Certification, which found the Settlement Agreement was likely

to be approved as fair, reasonable, and adequate. That Order also certified the Classes pursuant to Rule 23 and 29 U.S.C. § 216(b). (ECF No. 157.) The Court authorized the Parties to distribute Notice to Class Members and set the fairness hearing for final approval of this settlement for March 3, 2023, at 11 a.m. (ECF Nos. 157, 163.)

2. Pursuant to the Court's Order preliminarily approving the settlement and authorizing notice, Plaintiffs' Motion for Approval of Attorneys' Fees and Costs is currently pending in this matter. (ECF Nos. 174-175.)

3. The Parties have carried out their obligations to provide Notice to the Class Members pursuant to the Court's Orders and the Settlement Agreement. In total, 259 members of the Collective Class have opted-into the settlement and none of the 922 Rule 23 Class Members have excluded themselves from the settlement. None of the Classes Members have objected to the settlement.

ACCORDINGLY, the Parties respectfully request that the Court enter an Order of Final Approval of their Settlement Agreement, as set forth in the attached Proposed Order.

Dated this 15th day of February, 2023.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| *s/Benjamin T. Johnson* | *s/Summer H. Murshid* |
| Benjamin T. Johnson, #1089033 | Summer H. Murshid |
| | WI Bar No. 1075404 |
| MICHAEL BEST & FRIEDRICH LLP | Larry A. Johnson |
| 444 West Lake Street, Suite 3200 | WI Bar No. 1056619 |
| Chicago, IL 60606 | Timothy Maynard |
| Telephone: 312.222.0800 | WI Bar No. 1080953 |
| Facsimile: 312.222.0818 | |

| | |
|---|---|
| Email: btjohnson@michaelbest.com | Hawks Quindel, S.C. |
| | 5150 N. Port Washington Rd. |
| Emi M. Passini, #1101454 | Suite 243 |
| Paul E. Benson, #1001457 | Milwaukee, WI 53217 |
| | Telephone: 414-271-8650 |
| MICHAEL BEST & FRIEDRICH LLP | Fax: 414-271-8442 |
| 790 North Water Street, Suite 2500 | E-mail: smurshid@hq-law.com |
| Milwaukee, WI 53202 | ljohnson@hq-law.com |
| Telephone: 414.271.6560 | tmaynard@hq-law.com |
| Facsimile: 414.277.0656 | |
| E-mail: empassini@michaelbest.com | |
| pebenson@michaelbest.com | Attorneys for Plaintiffs |
| | |
| Attorneys for Defendant | |