Exhibit A

# Summer Murshid

| | |
|---|---|
| **From:** | Walton, Angela <AWalton@rustconsulting.com> |
| **Sent:** | Tuesday, February 28, 2023 10:57 AM |
| **To:** | Summer Murshid; Benson, Paul E (12757); Johnson, Benjamin T (35851); Larry Johnson; Timothy Maynard |
| **Cc:** | Mills, Jen |
| **Subject:** | Martin v EatStreet - Returned Claim Forms |
| **Attachments:** | Returned Claim Forms for Counsel 2.24.2023.xlsx; Martin v EatStreet_7869_ Project Stats_ 2.24.2023.pdf |

Hello,

Attached is the final Status Report for this matter. Also attached is a report listing class members who returned claim forms with a postmark before the February 10th response deadline.

Thank you.

**Angela Walton, Project Manager**
**Rust Consulting, an Exela Technologies Brand**
E: awalton@rustconsulting.com
O: +1 612.359.2041
920 2nd Ave S, Suite 400 | Minneapolis, MN 55402

**Sign up to ensure you receive *Insights* from Rust Consulting and Kinsella Media.**
www.RustConsulting.com | Rust Twitter | Rust LinkedIn

This message (including any attachments) may contain confidential or otherwise privileged information and is intended only for the individual(s) to which it is addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message or that arise as a result of e-mail transmission. If verification is required please request a hard-copy version from the sender.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

# Martin v EatStreet
# Status Report



### NOTICE MAILING ACTIVITY

| Week Ending | Notices Mailed | Notice Requests Mailed | Undeliverable Notice w/ Forward | Undeliverable Notice w/ No Forward | Undeliverable from Re-Mailed Notice | Batch Trace Performed | Batch Trace Hits | Forwarded Notices (Re-Mailed) | Trace Notices (Re-Mailed) |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/22 | 930 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1/6/23 | 0 | 1 | 9 | 45 | 0 | 0 | 0 | 0 | 0 |
| 1/13/23 | 0 | 2 | 0 | 104 | 0 | 45 | 42 | 9 | 42 |
| 1/20/23 | 0 | 1 | 0 | 21 | 2 | 104 | 97 | 0 | 97 |
| 1/27/23 | 0 | 0 | 0 | 4 | 8 | 21 | 19 | 0 | 19 |
| 2/3/23 | 0 | 1 | 0 | 5 | 9 | 4 | 2 | 0 | 2 |
| 2/10/23 | 0 | 0 | 0 | 2 | 1 | 5 | 3 | 0 | 3 |
| 2/17/23 | 0 | 0 | 0 | 2 | 7 | 2 | 1 | 0 | 0 |
| 2/24/23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **930** | **5** | **9** | **183** | **27** | **181** | **164** | **9** | **163** |

### NOTICE RESPONSE ACTIVITY

| Week Ending | Claim Forms Received | Late Claim Forms Received | Deficient Claim Forms Received | Cure Letters Sent | Cure Letters Received | Self ID's | Self ID's Resolved |
|---|---|---|---|---|---|---|---|
| 1/6/23 | 99 | 0 | 0 | 0 | 0 | 1 | 0 |
| 1/13/23 | 47 | 0 | 1 | 0 | 0 | 0 | 1 |
| 1/20/23 | 33 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1/27/23 | 21 | 0 | 0 | 1 | 0 | 1 | 0 |
| 2/3/23 | 22 | 0 | 0 | 0 | 0 | 0 | 1 |
| 2/10/23 | 25 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2/17/23 | 15 | 1 | 0 | 0 | 0 | 0 | 0 |
| 2/24/23 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **264** | **3** | **1** | **1** | **0** | **2** | **2** |