IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KRISTOFFER MARTIN,
individually and on behalf of
all others similarly situated,

|  |  |  |
|---|---|---|
| | Plaintiff, | ORDER |
| v. | | 20-cv-279-jdp |

EATSTREET, INC.

Defendant.

---

IT IS HEREBY ORDERED:

1.   Having conducted a fairness hearing on March 3, 2023, and finding the parties' settlement to be fair and reasonable, approves the Settlement Agreement and Release, the Addendum to the Parties' Settlement Agreement and Release, and the Second Addendum to the Parties' Settlement Agreement and Release (collectively the "Settlement Agreement") in its entirety. The court concludes that the Settlement Agreement meets the requirements of federal law, relevant Wisconsin law, and due process.

2.   The court further concludes that the settlement terms negotiated by the parties and described in the Settlement Agreement are a fair and reasonable resolution of a *bona fide* dispute between the defendant, the named plaintiffs, the members of the class certified under Fed. R. Civ. P. 23, and the members of the collective certified under 29 U.S.C. § 216(b).

3.   Hawks Quindel, S.C. shall serve as class counsel for the class and collective.

4.   Kristoffer Martin, Scott Quattrucci, and Calvin Jones shall serve as representative plaintiffs for the class and collective, for which they shall be entitled to service payments in the amounts set forth in the Settlement Agreement ($7,000, $4,000, and $4,0000, respectively).

5.   Judgment will be entered against defendant in the amount of $1,240,000.00 for attorneys' fees and costs and payments to the class and collective members. Payments will be made in the manner set forth in the Settlement Agreement and as detailed in paragraphs 6-8 of this order.

6.   Payment of the portion of the judgment attributable to the class and the collective shall be made in two installments to the Settlement Administrator, to fund the Settlement Funds. Payment 1 shall be made within 30 days of the date of this order, and payment 2 shall be made not later than 90 days after payment 1 is made. The Settlement Administrator shall allocate those funds to the class members as follows:

| ID/Name | First | Last | Service Payment - 1099 | Payment 1 Total | Payment 2 Total |
|---|---|---|---|---|---|
| 84318 | Neil | Skinner | | $384.66 | $443.67 |
| 108197 | Tempestt | Ballenger | | $2.04 | $2.35 |
| 108198 | Jordan | Rouse | | $2,843.14 | $3,279.22 |
| 116626 | Kirshaud | Lyons | | $325.14 | $375.01 |
| 129455 | Eric | Elicker | | $0.48 | $0.55 |
| 130407 | Jassim | Al Bahadli | | $483.90 | $558.12 |
| 130410 | April | Niederwerfer | | $261.21 | $301.27 |
| 130415 | Brahim | Ait Errouhi | | $67.36 | $77.70 |
| 130416 | Brent | Smith | | $877.77 | $1,012.40 |
| 130421 | Corey | Millikin | | $56.94 | $65.67 |
| 130423 | Dennis | Brower | | $2,906.41 | $3,352.18 |
| 130424 | Tyler | Deraedt | | $2.88 | $3.33 |
| 130426 | Domingo | Gomez | | $121.18 | $139.78 |
| 130431 | Lona | Copus | | $1,174.05 | $1,354.12 |
| 130434 | Greg | Smith | | $1,845.09 | $2,128.09 |
| 130438 | Holly | Breach | | $21.72 | $25.05 |
| 130441 | James | Bell | | $395.81 | $456.53 |
| 130447 | Joel | Henry | | $248.48 | $286.60 |
| 130454 | Lester | Cleophus White | | $1,526.29 | $1,760.39 |
| 130456 | Mitchell | Guzick | | $2,257.69 | $2,603.96 |
| 130467 | Melissa | Weisman | | $22.36 | $25.80 |
| 130477 | Gerry | Jackson | | $582.22 | $671.53 |

| | | | | | |
|---|---|---|---|---|---|
| 130483 | Yassine | El Byadi | | $15.96 | $18.40 |
| 130485 | Dustin | Dollak | | $1.59 | $1.83 |
| 130493 | Brandon | Burkholder | | $15.18 | $17.52 |
| 130507 | Alex | Netzel | | $2,207.54 | $2,546.13 |
| 130511 | Mike | Carr | | $5.76 | $6.64 |
| 130513 | James | Patterson | | $935.70 | $1,079.20 |
| 130514 | Joshua | Backes | | $21.97 | $25.35 |
| 130523 | Meghan | Smith | | $479.76 | $553.35 |
| 130525 | Max | Court | | $23.56 | $27.18 |
| 130526 | Mhretab | Zerihun | | $43.17 | $49.78 |
| 130531 | Andrew | Mulder | | $503.31 | $580.51 |
| 130532 | Deleon | Jamison | | $137.82 | $158.95 |
| 130543 | David | Watson | | $72.90 | $84.07 |
| 130547 | Shan Keter | White | | $9.10 | $10.50 |
| 130551 | Emma | Smith | | $54.31 | $62.64 |
| 130554 | Steve | Weitzner | | $1,298.07 | $1,497.18 |
| 130558 | Tonya | Moore | | $6,643.30 | $7,662.26 |
| 134873 | Kevin | Conquest | | $5.13 | $5.92 |
| 137362 | John | Erickson | | $2,327.25 | $2,684.20 |
| 146311 | Jack | Glosson | | $34.65 | $39.96 |
| 147097 | Sheri | Goodine | | $3.36 | $3.87 |
| 149414 | Hujat | Islam | | $148.26 | $171.00 |
| 149462 | Rosalind | Davis | | $41.68 | $48.07 |
| 150267 | Ross | Kessenich | | $67.32 | $77.64 |
| 150941 | Casey | Hall | | $27.96 | $32.25 |
| 152443 | J | Retelle | | $186.64 | $215.26 |
| 152669 | Joseph | Breyer | | $420.64 | $485.17 |
| 155297 | Brandi | Kelley | | $420.18 | $484.63 |
| 155705 | Weixiang | Ge | | $77.19 | $89.04 |
| 155707 | Benjamin | Gamache | | $163.26 | $188.29 |
| 159184 | Matthew | Goldman | | $10.36 | $11.95 |
| 159188 | Samuel | Jensen | | $169.98 | $196.05 |
| 159192 | Quinn | Paszkiewicz | | $1.89 | $2.18 |
| 173743 | Genevieve | Fuhrman | | $114.24 | $131.77 |
| 173752 | Victor | Castro Candito | | $779.78 | $899.38 |
| 182097 | Trevar | Ziemer | | $12.47 | $14.39 |
| 182100 | Ahmad | Maktabi | | $190.09 | $219.25 |
| 182102 | Chase | Lederer | | $557.22 | $642.69 |
| 191699 | Darion | Suggs | | $1.74 | $2.01 |
| 194253 | Shirley | Vazquez | | $347.25 | $400.51 |
| 194273 | Ahmad Jan | Sajid | | $58.96 | $67.99 |

| | | | | | |
|---|---|---|---|---|---|
| 194278 | David | Bull | | $1,968.67 | $2,270.63 |
| 197406 | Lonna | Downing | | $35.82 | $41.31 |
| 198744 | Irina | Zhigaleva | | $5,621.10 | $6,483.26 |
| 198760 | Jason | York | | $1,170.15 | $1,349.63 |
| 198761 | Robert B. | Swedeen | | $45.16 | $52.09 |
| 198767 | Alwathik | Alsammarraie | | $0.00 | $0.00 |
| 198885 | Randall | Kirton | | $7.90 | $9.12 |
| 198886 | Stephen | Roe | | $2,362.94 | $2,725.38 |
| 202368 | Michael | Mcclure | | $131.26 | $151.41 |
| 202371 | Andrico | Baker-demetriou | | $17.08 | $19.71 |
| 202373 | Matthew | Arduini | | $40.71 | $46.95 |
| 202383 | Brett | Johnson | | $305.75 | $352.64 |
| 205645 | Jeffrey | Smith | | $89.13 | $102.79 |
| 205649 | Martin | Cisneros | | $78.97 | $91.10 |
| 205650 | Julie | Johnson | | $47.95 | $55.32 |
| 205655 | Christina | Velasquez | | $1,712.04 | $1,974.63 |
| 205660 | Candyce | Kilgore | | $3.81 | $4.39 |
| 205663 | Benjamin | Engle | | $544.61 | $628.14 |
| 207953 | Tresvan | Sparks | | $530.72 | $612.13 |
| 207954 | Lindsay | Johnson | | $1,567.40 | $1,807.80 |
| 207955 | Roger | Henderson | | $1,151.01 | $1,327.54 |
| 207958 | Jared | Hebert | | $17.97 | $20.71 |
| 207961 | Alexander | Weiss | | $292.65 | $337.54 |
| 207966 | Katie | Hutton | | $82.06 | $94.65 |
| 212761 | Brandon | Funches | | $112.32 | $129.54 |
| 212765 | Jason | Seufzer | | $223.27 | $257.51 |
| 212769 | Zabihullah | Zahid | | $40.17 | $46.32 |
| 212770 | Shannon | Martin | | $282.60 | $325.95 |
| 212772 | Noah | Abrahamson | | $94.18 | $108.63 |
| 212777 | Deon | Young | | $2.83 | $3.27 |
| 212781 | Deng | Xiong | | $127.29 | $146.82 |
| 212788 | William | Griffith | | $4.42 | $5.10 |
| 218005 | Susan | Danforth | | $561.96 | $648.15 |
| 218009 | Yaser | Yousfan | | $546.89 | $630.77 |
| 218011 | Chantill | Hamric | | $39.12 | $45.12 |
| 218022 | Ashley | Gee | | $710.09 | $819.01 |
| 218024 | Dillon | Sorenson | | $37.40 | $43.15 |
| 218026 | John | Cantrell | | $3,073.24 | $3,544.63 |
| 218523 | Eric | Apolinario | | $197.83 | $228.18 |
| 220773 | Mustefa | Kebato | | $0.00 | $0.00 |
| 220774 | Yessenia | Mendoza | | $389.19 | $448.90 |

| | | | | | |
|---|---|---|---|---|---|
| 220776 | Erica | Stewart | | $83.70 | $96.54 |
| 223646 | Breana | York-dyer | | $166.64 | $192.20 |
| 223650 | Ahmad Fawad | Hedayat | | $330.02 | $380.65 |
| 223653 | Elisha | Johnson | | $24.18 | $27.88 |
| 228378 | Jerrell | Ward | | $212.95 | $245.62 |
| 228385 | Malik | Brown | | $10.35 | $11.92 |
| 230319 | Ashiqullah | Stanikzai | | $121.47 | $140.10 |
| 234192 | Raymond | Scott | | $271.54 | $313.20 |
| 234193 | Raymond | Nolte-lemerond | | $32.95 | $38.01 |
| 234816 | Keith | Linton | | $15.49 | $17.86 |
| 235151 | James | Porter | | $2,415.48 | $2,785.98 |
| 237123 | Kevin | Christenson | | $608.37 | $701.69 |
| 237508 | Evan | Fredericks | | $248.44 | $286.54 |
| 237514 | Dean | Lake | | $1,856.41 | $2,141.13 |
| 237589 | Tiffany | Miller | | $7.47 | $8.62 |
| 238340 | Jon | Benson | | $193.71 | $223.44 |
| 239561 | Ying | Xiong | | $3.91 | $4.51 |
| 243406 | Awa | Fofana | | $80.07 | $92.35 |
| 243433 | Donovan | Turner | | $35.37 | $40.80 |
| 246724 | Christopher | Melendy | | $0.85 | $0.99 |
| 247213 | Muneebah | Abdullah | | $5.67 | $6.54 |
| 248055 | Gage | Jordan | | $24.73 | $28.54 |
| 248056 | Mulugeta | Debass | | $139.17 | $160.51 |
| 250838 | Ronan | Driscoll | | $0.00 | $0.00 |
| 250895 | Philip | Spence | | $21.61 | $24.94 |
| 250896 | Mohammad | Walizada | | $26.85 | $30.97 |
| 250898 | Kyler | Ferrell | | $570.79 | $658.35 |
| 253689 | Taisir | Al Gburi | | $425.22 | $490.44 |
| 254030 | Ladell | Drew | | $162.03 | $186.88 |
| 257980 | Pichjarly | Loch | | $51.95 | $59.92 |
| 257984 | Laura | Romo | | $308.80 | $356.16 |
| 257986 | Matthew | Cheaney | | $54.87 | $63.30 |
| 257989 | Quintin | Faretra-gundlach | | $71.24 | $82.16 |
| 258991 | Molly | Palzkill | | $62.17 | $71.71 |
| 258993 | Zachary | Kmiec | | $83.58 | $96.39 |
| 258997 | Abdullah | Albasri | | $57.34 | $66.15 |
| 261301 | Ateeq | Mohammed | | $14.65 | $16.90 |
| 261302 | Sherrye | Hardrick | | $455.59 | $525.45 |
| 261304 | Owen | Benkowski | | $414.40 | $477.97 |
| 261500 | Jason | Engedal | | $3.84 | $4.42 |
| 261798 | Michael | Wolfe | | $31.45 | $36.28 |

| 261799 | Shoujian | Li | | $2.35 | $2.71 |
|---|---|---|---|---|---|
| 262208 | Joshua | Abraham | | $24.55 | $28.32 |
| 262209 | William | Schmelzer | | $26.88 | $31.00 |
| 262210 | Nik | Zanter | | $58.35 | $67.30 |
| 262668 | Ajay | Rajput | | $10.39 | $12.00 |
| 263209 | Brian | Davies | | $29.98 | $34.59 |
| 263210 | Donte | Hubert | | $102.70 | $118.47 |
| 263211 | Muhammad | Tariq | | $111.58 | $128.70 |
| 263212 | Fnu | Azizurahman | | $1,229.73 | $1,418.35 |
| 263215 | Diana | Trevino | | $7.32 | $8.44 |
| 263219 | Matthew | Lyman | | $44.95 | $51.85 |
| 264426 | Reginald | Mcgee | | $966.10 | $1,114.28 |
| 264427 | Taylor | Schultz | | $30.31 | $34.96 |
| 265578 | Danielle | Keller | | $2.14 | $2.47 |
| 265579 | Furrukh | Hussain | | $80.56 | $92.92 |
| 265581 | Jason | Koehler | | $2,168.59 | $2,501.20 |
| 265582 | Shaina | Buckner | | $213.21 | $245.91 |
| 265583 | Michael | Thompson | | $179.23 | $206.71 |
| 265584 | Anna | Watson | | $64.29 | $74.14 |
| 266499 | Alpha | Diallo | | $16.23 | $18.72 |
| 266500 | James | Torgerson | | $14.46 | $16.68 |
| 266501 | Robinson | Cook | | $10.29 | $11.86 |
| 266503 | Pedro | Surun | | $104.46 | $120.48 |
| 266504 | Sara | Carter | | $2.02 | $2.34 |
| 266507 | Phillip | Lewis | | $61.83 | $71.31 |
| 267708 | Nathan | Reichardt | | $792.16 | $913.67 |
| 267710 | Alex | Cagle | | $82.67 | $95.34 |
| 268768 | Christopher | Figueroa-tavera | | $109.36 | $126.13 |
| 268771 | Justin | Propp | | $16.29 | $18.78 |
| 268772 | Philip | Juco | | $286.14 | $330.03 |
| 270214 | Alyshia | Thompson | | $113.56 | $130.98 |
| 270215 | Daniel | Jendrzejewski | | $29.21 | $33.70 |
| 270216 | Tyler | Lampkins | | $81.31 | $93.78 |
| 270217 | Lilly | Zamudio | | $13.96 | $16.11 |
| 270219 | Logan | Mcshane | | $4.93 | $5.68 |
| 272069 | Randy | Zachow | | $12.63 | $14.56 |
| 272107 | Richie Lee | Heitz | | $8.46 | $9.75 |
| 272108 | Jacob | Vande Walle | | $1.17 | $1.35 |
| 272110 | Kevin | Mulcahy | | $18.64 | $21.51 |
| 272111 | Eric | Bajorek | | $11.68 | $13.48 |
| 272694 | Ethan | Bauer | | $1,498.43 | $1,728.25 |

| | | | | | |
|---|---|---|---|---|---|
| 272696 | Karrar | Alankoshi | | $17.07 | $19.69 |
| 272700 | Kiarra | Mosley | | $2.95 | $3.40 |
| 273561 | Josef | Sayler | | $178.28 | $205.63 |
| 274881 | Thomas | Martinson | | $93.19 | $107.49 |
| 274882 | Holly | Schaal | | $19.02 | $21.93 |
| 275412 | Carolyn | Christianson | | $36.16 | $41.71 |
| 275416 | Arthenia | Rogers | | $1,374.71 | $1,585.56 |
| 275421 | Deshawn | Peterson | | $414.99 | $478.63 |
| 277900 | Moors, Anthony | Moors | | $88.80 | $102.42 |
| 280277 | Beau | Galindo | | $838.59 | $967.21 |
| 280281 | Tresavoya | Blake | | $1.81 | $2.08 |
| 280283 | Tamar | Myers | | $435.11 | $501.84 |
| 280288 | Esther | Chun | | $0.22 | $0.27 |
| 280686 | Deshon | Fanaka | | $33.22 | $38.31 |
| 280687 | Elizabeth | Vaala | | $5.88 | $6.78 |
| 282608 | Desta | Adane | | $6.12 | $7.06 |
| 283440 | Minuett | Hammonds | | $20.25 | $23.35 |
| 283856 | Brandy | Williams | | $0.34 | $0.40 |
| 283857 | Maria | Sundsted | | $15.52 | $17.91 |
| 283859 | Jerry | Adkins | | $1.05 | $1.21 |
| 285941 | Isaiah | Wilson | | $14.31 | $16.50 |
| 285942 | Bundid | Muangsiri | | $145.79 | $168.15 |
| 286725 | Jarrod | Willis | | $72.55 | $83.68 |
| 286729 | Kassidy | Rosenthal | | $1,367.70 | $1,577.48 |
| 286730 | Ahmed | Elgebaly | | $81.79 | $94.35 |
| 288071 | Raymond | Gonzales | | $45.13 | $52.06 |
| 288077 | Thomas | Welch | | $1,094.73 | $1,262.65 |
| 288438 | Jalyn | Byrd | | $4.30 | $4.96 |
| 288470 | Sayfuddin | Amin | | $34.44 | $39.73 |
| 288471 | Lasonya | Fair | | $1,557.41 | $1,796.28 |
| 289099 | Latif | Tanner | | $77.10 | $88.92 |
| 289929 | Jennifer | Roderick | | $59.02 | $68.08 |
| 289930 | Bryce | Haefer | | $16.09 | $18.55 |
| 289931 | Caleb | Schiel | | $17.32 | $19.99 |
| 290249 | Chelsea | Yang | | $1,595.84 | $1,840.60 |
| 290254 | Kimberly | Pham | | $62.86 | $72.51 |
| 290557 | Zachary | Runge | | $22.20 | $25.60 |
| 290558 | David | Hudy | | $166.51 | $192.06 |
| 291265 | Sharifullah | Mammond | | $76.45 | $88.17 |
| 291267 | Kashif | Thompson | | $4,421.34 | $5,099.48 |

| | | | | | |
|---|---|---|---|---|---|
| 291818 | Ahmad | Rashed | | $70.68 | $81.51 |
| 292136 | Karimeldin | Hassan | | $39.81 | $45.92 |
| 295019 | Averill | Lewis | | $9.46 | $10.92 |
| 295020 | Kibrom | Tesfay | | $433.96 | $500.53 |
| 295021 | Paul | Scarce | | $7.87 | $9.09 |
| 295022 | Rafael | Santiago | | $7.59 | $8.76 |
| 296009 | Desiree | Leflore | | $42.94 | $49.54 |
| 298639 | Devyn | Brown | | $14.07 | $16.23 |
| 301301 | Tia | Hagenbucher | | $34.48 | $39.78 |
| 301500 | Treshawnna | Harvey | | $306.55 | $353.57 |
| 302548 | Kevin | Butler | | $1,860.75 | $2,146.16 |
| 302909 | Andrew | Krecek | | $124.96 | $144.13 |
| 302910 | Mohamad | Noor Lababidi | | $69.37 | $80.01 |
| 302918 | Alexander | Filter | | $676.48 | $780.25 |
| 302923 | Cierra | Hamm | | $24.55 | $28.33 |
| 305104 | Houenoude | Arsène Afadonougbo | | $294.75 | $339.96 |
| 305105 | Nikolas | Shoen | | $43.77 | $50.49 |
| 305106 | Antron | Hale | | $1,045.84 | $1,206.25 |
| 305110 | Lisa | Diaz-may | | $124.63 | $143.75 |
| 306288 | Olycia | Larson | | $51.39 | $59.28 |
| 306293 | James | Dahlke | | $280.94 | $324.03 |
| 306294 | Kayla | Thomas | | $26.04 | $30.03 |
| 306295 | Deion | Chambers | | $90.40 | $104.26 |
| 306297 | Jessica | Moore | | $360.60 | $415.90 |
| 306298 | Katherine | Carroll | | $35.90 | $41.41 |
| 306299 | Caylie | Haney | | $325.33 | $375.24 |
| 307502 | Dvorak | Ryan | | $196.27 | $226.36 |
| 307503 | Steffon | Dixon | | $159.07 | $183.46 |
| 309134 | Mya | Littleton | | $32.08 | $36.99 |
| 309142 | Edward | Friend | | $12.33 | $14.23 |
| 309633 | Irene | Katana | | $9.67 | $11.17 |
| 309636 | Hussein | Al Ba Alawi | | $14.55 | $16.78 |
| 310737 | Marcia | Reese | | $317.78 | $366.52 |
| 311373 | Heather | Hoeppner | | $710.92 | $819.96 |
| 311374 | Janae | Mosley | | $1.32 | $1.51 |
| 311376 | Jacob | Maier | | $392.06 | $452.19 |
| 313564 | Johnathan | Warriner | | $963.95 | $1,111.80 |
| 313565 | Melissa | Hill | | $89.65 | $103.41 |
| 313567 | Michael | Roeglin | | $0.00 | $0.00 |
| 313572 | Alexander | Johnston | | $465.85 | $537.31 |

| | | | | | |
|---|---|---|---|---|---|
| 314434 | Max | Elliott | | $6.99 | $8.07 |
| 314435 | Brandy | Fish | | $19.77 | $22.80 |
| 315435 | Jie | Sha | | $3.48 | $4.00 |
| 315436 | Mohammed | Ibrahim | | $59.76 | $68.92 |
| 315437 | Julie | Roehl | | $280.22 | $323.20 |
| 315992 | Harrison | Bielski | | $1.05 | $1.20 |
| 315993 | Clayton | Woxland | | $2,554.81 | $2,946.66 |
| 315996 | Hannah | Schmidt | | $14.89 | $17.17 |
| 318165 | Lauren | Whitmire | | $27.61 | $31.84 |
| 318166 | Nicholas | Meland | | $16.50 | $19.02 |
| 318167 | Chris | Zak | | $57.48 | $66.30 |
| 318168 | Kelly | Lyman | | $5.32 | $6.13 |
| 318169 | Seth | Therrian | | $281.28 | $324.42 |
| 318170 | Erik | Schneider | | $2,345.14 | $2,704.84 |
| 318171 | Jacob | Bloecher | | $377.71 | $435.64 |
| 318172 | Amy | Kinderman | | $1,323.48 | $1,526.47 |
| 319342 | Hayley | Derr | | $34.35 | $39.63 |
| 319343 | Michael | Condron | | $5.53 | $6.39 |
| 319347 | Clair | Paul | | $8.46 | $9.75 |
| 319348 | Yvonne | Sago | | $15.52 | $17.91 |
| 319684 | Mona | Brahmbhatt | | $87.16 | $100.54 |
| 319685 | Sayed Zekria | Sayedi | | $34.51 | $39.81 |
| 319686 | Teresa | Escobar Rivera | | $61.89 | $71.38 |
| 320094 | John | Lyons | | $138.34 | $159.55 |
| 320097 | Justin | Dolan | | $7.23 | $8.34 |
| 320383 | Michael | Chaulkin | | $66.57 | $76.78 |
| 320385 | Daniel | Benkert | | $671.22 | $774.18 |
| 320386 | Rose | Quinlan | | $57.27 | $66.05 |
| 320992 | Janessa | Strunga | | $150.76 | $173.89 |
| 320993 | Deakman | Deakman | | $24.84 | $28.65 |
| 320995 | Adam | Verbrigghe | | $46.20 | $53.28 |
| 322030 | Matthew | Styrwoll | | $116.18 | $134.00 |
| 322031 | Muhammad | Ansar | | $58.03 | $66.93 |
| 322032 | Rain | Lochner | | $17.04 | $19.65 |
| 322033 | Asia | Johnson | | $6.00 | $6.93 |
| 323698 | Donn | Garves | | $44.38 | $51.19 |
| 323700 | Hildenay | Nucamendi | | $145.75 | $168.10 |
| 323701 | Aidan | Butler | | $67.59 | $77.95 |
| 323702 | Margie | Lake | | $50.11 | $57.81 |
| 323703 | Logan | Lehman | | $673.35 | $776.64 |
| 325287 | Elijah | Zimbric | | $0.00 | $0.00 |

| 326566 | Lucas | Otoole | | $143.07 | $165.01 |
|---|---|---|---|---|---|
| 326614 | Dana | Tucker | | $825.42 | $952.03 |
| 326860 | Mccal | Haynes | | $21.00 | $24.22 |
| 327588 | Stephanie | Jervis | | $12.58 | $14.50 |
| 327589 | Xia | Xiong | | $137.87 | $159.01 |
| 327590 | Armon | Moore | | $1,906.74 | $2,199.20 |
| 327594 | Edwin | Flores | | $8.38 | $9.66 |
| 328424 | Jackson | Bennett | | $1.45 | $1.68 |
| 328425 | Christopher | Roberts | | $5.07 | $5.83 |
| 329923 | David | Ervins | | $1.03 | $1.20 |
| 329924 | Lance | Dejong | | $18.66 | $21.51 |
| 329927 | Garrett | Backman | | $3.97 | $4.59 |
| 331129 | Dakota | Szychowski | | $69.45 | $80.10 |
| 332155 | Marquise | Jones | | $306.13 | $353.10 |
| 332157 | Richard | Wilson | | $352.51 | $406.59 |
| 332158 | William | Kuberski | | $6.82 | $7.87 |
| 333088 | Yolanda | Harvey Mcgee | | $75.01 | $86.51 |
| 333091 | Andre | Demers | | $105.33 | $121.48 |
| 333092 | Bashar | Abdulkareem | | $48.42 | $55.84 |
| 333094 | Linda | Bonds | | $500.14 | $576.87 |
| 333099 | Osvaldo | Colon | | $0.57 | $0.66 |
| 333687 | Ernest | Eubanks | | $1.74 | $2.01 |
| 334272 | Latayna | Fair | | $99.63 | $114.90 |
| 334273 | Thomas | Turner | | $252.43 | $291.15 |
| 336591 | Fnu | Hamid | | $140.52 | $162.07 |
| 336592 | Daniel | Ngo | | $386.53 | $445.83 |
| 336594 | Kamal | Ghrairi | | $308.61 | $355.95 |
| 336595 | Theresia | Treviso | | $0.82 | $0.96 |
| 337181 | Jamah | Johnson | | $39.67 | $45.76 |
| 343249 | Jennifer | Yates | | $7.60 | $8.77 |
| 343265 | Tara | Hubbert | | $2.17 | $2.52 |
| 343266 | Anthony | Crespo | | $42.78 | $49.36 |
| 343276 | Damore | Blurton | | $24.51 | $28.27 |
| 343283 | Nelly | Vigil Silva | | $65.80 | $75.90 |
| 343284 | Carmen | Harris | | $134.04 | $154.59 |
| 343288 | Dale | Walls | | $422.91 | $487.79 |
| 344638 | Nakayla | Mckennie | | $3.34 | $3.87 |
| 344644 | Marquise | Hopgood | | $10.45 | $12.06 |
| 345088 | Madeline | Huff | | $406.68 | $469.07 |
| 345111 | Samuel | Sines | | $421.61 | $486.28 |
| 345498 | Steven | Watson | | $0.39 | $0.45 |

| | | | | | |
|---|---|---|---|---|---|
| 345499 | Abraham | Norwood | | $825.73 | $952.39 |
| 345500 | Khalid | Naseri | | $184.48 | $212.77 |
| 346043 | Latoya | Samson | | $3.28 | $3.79 |
| 346051 | Mazen | Shalabi | | $106.78 | $123.16 |
| 346059 | James | Coffel | | $10.78 | $12.43 |
| 346407 | Josa | Lewis | | $66.03 | $76.15 |
| 347601 | Kenneth | Payne | | $584.29 | $673.90 |
| 347602 | Aidan | Cruz | | $94.84 | $109.38 |
| 348939 | Guillermo | Rocha | | $3.87 | $4.47 |
| 348940 | Kieshon | Washington | | $33.96 | $39.16 |
| 348941 | Tawfeeq | Albakoush | | $0.79 | $0.91 |
| 348942 | Nicole | Muche | | $22.74 | $26.23 |
| 348943 | Riley | Quaerna | | $17.10 | $19.71 |
| 348944 | Joseph | Eidman | | $12.16 | $14.02 |
| 349428 | Jawana | Echols | | $7.90 | $9.10 |
| 349429 | Hannah | Ruetten | | $60.87 | $70.20 |
| 351126 | Antoinette | Wade | | $6.90 | $7.96 |
| 351127 | Peter | Rushing | | $0.00 | $0.00 |
| 351128 | Saeed | Abdelqader | | $44.04 | $50.79 |
| 351129 | Tatyana | Miller | | $0.25 | $0.30 |
| 351138 | Ayonna | Powell | | $58.09 | $67.02 |
| 351139 | Matt | Talbot | | $42.60 | $49.14 |
| 351140 | Dennis | Koepke | | $4.06 | $4.69 |
| 353791 | Txuj | Xiong | | $20.83 | $24.03 |
| 353792 | Ethan | Posteluk | | $7.39 | $8.53 |
| 353793 | Colemen | Johnson | | $28.27 | $32.61 |
| 353794 | Deandra | Jefferson | | $43.70 | $50.40 |
| 353795 | Cesar | Hernandez | | $75.87 | $87.51 |
| 354350 | Arianna | Soto | | $72.99 | $84.19 |
| 355043 | Samir | Atoui | | $43.08 | $49.68 |
| 355384 | Brian | Moore | | $23.34 | $26.92 |
| 355386 | Lisa | Bradford | | $14.42 | $16.64 |
| 355387 | Jasmine | Tucker | | $8.40 | $9.69 |
| 355388 | Natique | Wallace | | $298.41 | $344.19 |
| 356055 | Brenyatta | Rice | | $1.41 | $1.62 |
| 356058 | Colden | Searles | | $162.36 | $187.26 |
| 356317 | Bonita | Carrie | | $1,141.63 | $1,316.74 |
| 357538 | Elizabeth | Ewing | | $14.23 | $16.42 |
| 361144 | Erik | Moraza | | $6.48 | $7.48 |
| 361145 | Jesse | Garcia | | $28.35 | $32.70 |
| 361146 | Dontay | Adams | | $25.18 | $29.05 |

| | | | | | |
|---|---|---|---|---|---|
| 361152 | George | Sherrick | | $17.02 | $19.63 |
| 361826 | Javonnie | Pruitt | | $82.90 | $95.62 |
| 361827 | Emily | Annen | | $15.22 | $17.55 |
| 361834 | Michael | Barnas | | $97.09 | $111.99 |
| 361836 | Dawon | Avery | | $1.23 | $1.42 |
| 363489 | Christian | Tuarez | | $58.44 | $67.41 |
| 363490 | Tatyana | Williams | | $41.25 | $47.58 |
| 363493 | Jacob | Seemuth | | $32.77 | $37.80 |
| 363494 | Alexander | Gaspar | | $409.17 | $471.93 |
| 363495 | Salah | Hannouchi | | $92.97 | $107.23 |
| 364909 | Marcia | Goodwin | | $0.00 | $0.00 |
| 364910 | Richard | Vaughn | | $0.15 | $0.18 |
| 365569 | Deidre | Garner | | $123.20 | $142.09 |
| 365570 | Julia | Lopez | | $0.49 | $0.57 |
| 365572 | Daniel | Nielsen | | $491.54 | $566.93 |
| 365573 | Jason | Allen | | $181.64 | $209.51 |
| 365574 | Akhter | Sharaf | | $11.74 | $13.54 |
| 366045 | Jasmine | Moebs | | $427.45 | $493.01 |
| 366047 | Robert | Watson | | $619.22 | $714.20 |
| 366582 | Matthew | Hilo | | $616.24 | $710.76 |
| 366583 | Annalicia | Cheval | | $13.86 | $15.99 |
| 366803 | David | Steward | | $462.73 | $533.71 |
| 367949 | Juan | Rubio | | $32.22 | $37.17 |
| 367953 | Kivaonna | Fields | | $9.31 | $10.74 |
| 367956 | Vilaisack | Singmanichanh | | $72.57 | $83.71 |
| 369501 | Reed | Lilley | | $498.82 | $575.34 |
| 369504 | Isaac | Tess | | $128.32 | $148.01 |
| 371346 | Deandre | Smith | | $45.60 | $52.59 |
| 371347 | Jaymin | Martin | | $75.49 | $87.07 |
| 371350 | Charles | Reese | | $1.14 | $1.30 |
| 371351 | Steven | Miller | | $24.81 | $28.62 |
| 371356 | Norman | Manken | | $20.34 | $23.46 |
| 371358 | Tricia | Kinderman | | $2,816.97 | $3,249.04 |
| 371359 | Kong | Yang | | $57.93 | $66.81 |
| 371360 | Kristopher | Cupery | | $114.45 | $132.01 |
| 371361 | Jeffrey | Cleaver | | $372.40 | $429.52 |
| 371365 | Joline | Moore | | $94.15 | $108.60 |
| 371380 | Charles | Randolph | | $40.93 | $47.22 |
| 372074 | Samuel | Fricke | | $107.94 | $124.50 |
| 372075 | Bricella | Brice | | $19.83 | $22.86 |
| 372078 | Cory | Titel | | $87.43 | $100.86 |

| | | | | | |
|---|---|---|---|---|---|
| 372079 | Aaron | Prunty | | $48.88 | $56.37 |
| 372085 | Antoinette | Sample | | $880.70 | $1,015.77 |
| 372636 | Tiffany | Brown | | $15.57 | $17.95 |
| 372637 | Gavin | Jordan | | $15.63 | $18.03 |
| 372638 | Anthony | Field | | $28.08 | $32.38 |
| 372639 | Kayla | Habas | | $55.92 | $64.50 |
| 372641 | Heidi | Goode | | $2,497.77 | $2,880.88 |
| 376581 | Timothy | Sieben | | $0.10 | $0.12 |
| 376583 | Daniel | Courtney-gregerson | | $91.36 | $105.39 |
| 377982 | Joshua | Bello-rodriguez | | $12.84 | $14.82 |
| 378577 | Jennifer | Demeio | | $11.85 | $13.68 |
| 379774 | Justin | Telfer | | $56.17 | $64.78 |
| 379845 | Nelson | Long | | $0.30 | $0.34 |
| 380316 | Simon | Cadena | | $192.94 | $222.53 |
| 380326 | Sarah | Pogorzelski | | $2.59 | $3.00 |
| 380406 | Shelby | Reid | | $211.23 | $243.63 |
| 380407 | Connie | Noe | | $4,223.84 | $4,871.69 |
| 380409 | Shekinah | Lehnert | | $24.88 | $28.71 |
| 380410 | Natalie | Damro | | $5.65 | $6.51 |
| 380412 | Kayla | Von Ruden | | $104.47 | $120.49 |
| 380413 | Joshua | Malson | | $275.26 | $317.49 |
| 380414 | Cassandra | Liebhauser | | $15.69 | $18.10 |
| 380418 | James | Fairchild | | $4,082.20 | $4,708.33 |
| 380419 | Randolph | Campbell | | $1.33 | $1.54 |
| 380420 | Eric | Twomey Markert | | $391.57 | $451.63 |
| 380421 | Jordan | Eastman | | $149.56 | $172.50 |
| 380422 | Barak | Graves | | $0.00 | $0.00 |
| 380425 | Caleb | Horne | | $5.47 | $6.31 |
| 380426 | Randall | Barnes | | $555.57 | $640.79 |
| 380427 | Glenn | Paschen | | $660.49 | $761.80 |
| 380428 | Shannon | Lewis | | $212.70 | $245.32 |
| 380430 | Phillip | Lewis | | $4.93 | $5.70 |
| 380431 | Chadwick | Miller | | $250.66 | $289.11 |
| 380433 | Charlie | Newman | | $50.13 | $57.82 |
| 380434 | Lonnzo | Harper | | $237.96 | $274.45 |
| 380437 | Jon | Charles | | $4.89 | $5.64 |
| 380439 | Sina | Sadeghian | | $27.16 | $31.33 |
| 380440 | Aleon | Thomas | | $538.06 | $620.58 |
| 380443 | David | Burroughs | | $229.74 | $264.99 |
| 380447 | Lisa | Mcbride | | $891.68 | $1,028.43 |
| 380452 | Daniel | Toeller | | $1,190.20 | $1,372.77 |

| | | | | | |
|---|---|---|---|---|---|
| 380453 | Shayla | Menter | | $85.59 | $98.71 |
| 380454 | Kimmberly | Schroeder | | $3,403.87 | $3,925.97 |
| 380455 | Dakota | Borenstein | | $264.00 | $304.48 |
| 380458 | Jessica | Borrmann | | $132.69 | $153.04 |
| 380459 | Summer | Reed | | $27.15 | $31.32 |
| 380460 | Amelia | Degraff-castro | | $22.80 | $26.29 |
| 380462 | Deonte | Wolfe | | $0.00 | $0.00 |
| 380463 | Michael | Pfeilsticker | | $111.24 | $128.31 |
| 380465 | Justin | Schmitter | | $41.31 | $47.65 |
| 380466 | Collin | Bouressa | | $106.32 | $122.62 |
| 380471 | Dan | Jeske | | $217.75 | $251.14 |
| 380473 | Nicholas | Tonn | | $25.30 | $29.19 |
| 380474 | Lorraine | Hiller-hernandez | | $50.74 | $58.53 |
| 380479 | Vinit | Gupta | | $11.35 | $13.11 |
| 380481 | Gail | Goodacre | | $12.24 | $14.11 |
| 380488 | Lyndi | Cadena | | $248.02 | $286.06 |
| 380489 | Annette | Debois | | $440.86 | $508.48 |
| 381218 | Bruce | Stevens | | $557.87 | $643.44 |
| 381219 | Helen | Lowery | | $275.03 | $317.22 |
| 381221 | Tianna | Galloway | | $45.21 | $52.15 |
| 381225 | Richard | Ballweg | | $639.45 | $737.52 |
| 381226 | Shaina | Hecker | | $565.14 | $651.82 |
| 381228 | Andrew | Blexrud | | $21.82 | $25.17 |
| 381231 | Kyle | Vander Heiden | | $953.23 | $1,099.43 |
| 381232 | David | Larvick | | $6,464.98 | $7,456.57 |
| 381233 | Mildred | Starks | | $9.96 | $11.49 |
| 381753 | Michael | Hinzman | | $223.53 | $257.82 |
| 381816 | Mali | Wampach | | $17.55 | $20.23 |
| 381818 | Lisa | Barnes | | $33.51 | $38.65 |
| 381820 | Kayden | Carpentier | | $3.00 | $3.45 |
| 381822 | Erica | Knautz | | $60.60 | $69.90 |
| 381823 | Kathy | Strong | | $1,103.26 | $1,272.48 |
| 381824 | Korey | Keipe | | $171.58 | $197.89 |
| 381829 | Jack | Bates | | $2,008.96 | $2,317.10 |
| 382238 | Sarah | Burnham | | $295.81 | $341.17 |
| 382239 | Angel | Morgan | | $0.63 | $0.73 |
| 382242 | Dyllan | Dekan | | $4.38 | $5.04 |
| 382243 | Brent | Johnson | | $1,744.50 | $2,012.07 |
| 382244 | Julia | Kimball | | $15.27 | $17.61 |
| 382245 | Brea | Fortney | | $25.48 | $29.38 |
| 383724 | Josh | Figlinski | | $76.89 | $88.69 |

14

| | | | | | |
|---|---|---|---|---|---|
| 383753 | Brett | Miller | | $28.90 | $33.34 |
| 383762 | Christina | Montoure | | $411.88 | $475.06 |
| 383777 | Lori | Smith | | $224.12 | $258.50 |
| 383808 | Fernando | Yanez | | $26.11 | $30.12 |
| 383809 | Tracey | Fields | | $2,872.50 | $3,313.08 |
| 383810 | Edward | Jenjak | | $6.63 | $7.64 |
| 383814 | Cynthia | Fuchsteiner | | $127.39 | $146.94 |
| 383816 | Thomas | Samuel | | $286.62 | $330.58 |
| 383817 | Nicole | Brissette | | $78.01 | $89.98 |
| 383818 | James | Beasley | | $655.86 | $756.45 |
| 383819 | Timothy | Klug | | $171.46 | $197.74 |
| 383820 | Filip | Krastanov | | $475.32 | $548.23 |
| 383821 | Kent | Mcnamara | | $191.26 | $220.59 |
| 383822 | Collin | Rhoten | | $368.99 | $425.60 |
| 383824 | Megan | White | | $1,610.98 | $1,858.07 |
| 383825 | Mark | Harris | | $58.45 | $67.41 |
| 383826 | Kimberly | Radtke | | $1,349.98 | $1,557.03 |
| 384311 | Trevor | Krogman | | $73.86 | $85.20 |
| 384316 | Matthew | Hutchinson | | $28.02 | $32.31 |
| 384317 | Carol | Schmidt | | $1,956.22 | $2,256.27 |
| 384454 | Antonio | Martinez | | $8.58 | $9.88 |
| 384471 | Michelle | Dumas | | $4,233.57 | $4,882.92 |
| 384472 | Caleb | Bohrer | | $1,193.08 | $1,376.07 |
| 384473 | Robert | Stankey | | $38.92 | $44.89 |
| 384475 | Spencer | Addington | | $11.80 | $13.60 |
| 384476 | Patton | Neuser | | $156.21 | $180.18 |
| 384479 | Meghan | Snow | | $829.26 | $956.46 |
| 384481 | Lee | Lyons | | $299.01 | $344.88 |
| 385690 | Wesley | Rossal | | $1,001.44 | $1,155.04 |
| 385691 | Theodore | Johnson | | $6.69 | $7.72 |
| 385692 | Jonathan | Bruecker | | $3,842.25 | $4,431.56 |
| 385698 | Brantley | Eastman | | $87.07 | $100.44 |
| 385702 | Mitchell | Lokken | | $6.25 | $7.21 |
| 387966 | Munaf | Al Obaidi | | $294.44 | $339.61 |
| 388088 | Fletcher | Richmond | | $16.06 | $18.52 |
| 388182 | Chris | Leahy | | $14.10 | $16.27 |
| 388183 | Luz | E Poma | | $174.69 | $201.48 |
| 388184 | Jim | Klock | | $2,553.50 | $2,945.16 |
| 388185 | Regan | Moseng | | $67.80 | $78.19 |
| 388187 | Nicholas | Bouchard | | $16.95 | $19.56 |
| 388189 | Jawad | Ashraf | | $30.46 | $35.14 |

| | | | | | |
|---|---|---|---|---|---|
| 388194 | Joseph | Lange | | $55.47 | $63.99 |
| 388196 | Joseph | Brzoska | | $239.64 | $276.40 |
| 388197 | Angie | Mcgee | | $320.13 | $369.24 |
| 388199 | Chelsea | Harris | | $16.81 | $19.39 |
| 388200 | Burim | Kobeci | | $32.65 | $37.66 |
| 388201 | Lance | Schmeckpeper | | $45.04 | $51.94 |
| 388204 | Daniel | Cosgrove | | $12.40 | $14.29 |
| 388206 | Mark | Miller | | $2.62 | $3.03 |
| 388207 | Jacob | Mairet | | $158.70 | $183.03 |
| 388209 | Lafredrick | Burns | | $1.17 | $1.35 |
| 388428 | Abd-el-malek | Guerroudj | | $83.59 | $96.42 |
| 388432 | Dan | Ruddy | | $2,751.08 | $3,173.03 |
| 389976 | Dachon | Freeman | | $14.28 | $16.47 |
| 389977 | Richard | Copher | | $713.13 | $822.51 |
| 389980 | Nolan | Carroll | | $1.80 | $2.07 |
| 389981 | Orlando | Lebron | | $0.60 | $0.69 |
| 389983 | Barry | Burns | | $86.19 | $99.40 |
| 389986 | Laci | Rizzuto | | $0.00 | $0.00 |
| 389987 | Laura | Forsch | | $1.02 | $1.17 |
| 389988 | Michelle | Eduo | | $42.20 | $48.67 |
| 389991 | Nicholas | Matzke-brogan | | $0.07 | $0.09 |
| 389993 | Angela | Oelberg | | $0.00 | $0.00 |
| 389994 | Miya | King | | $9.30 | $10.72 |
| 393063 | Karl | Wichman | | $37.80 | $43.60 |
| 393064 | Sherzing | Moua | | $34.42 | $39.70 |
| 393065 | Gaberiel | Retzlaff | | $19.68 | $22.71 |
| 393066 | Il Che | Suh Seung | | $276.75 | $319.20 |
| 393067 | Ryan | Peterson | | $16.39 | $18.91 |
| 393068 | Jessica | Moore | | $7.69 | $8.88 |
| 393321 | Corby | Guillett | | $528.18 | $609.19 |
| 393402 | Tenzin | Palden | | $0.00 | $0.00 |
| 393706 | Sean | Evan | | $344.29 | $397.11 |
| 393708 | Casey | Raub | | $536.61 | $618.92 |
| 393711 | Cory | Brockel | | $3,063.82 | $3,533.76 |
| 393714 | Brianna | Williams | | $42.01 | $48.46 |
| 397329 | Raymar | Rayel | | $178.80 | $206.23 |
| 397334 | Zeyad | Ajaj | | $115.17 | $132.82 |
| 397728 | Hakan | Kucukaslan | | $12.55 | $14.47 |
| 397731 | Steven | Bash | | $40.95 | $47.22 |
| 397732 | Todd | Zielsdorf | | $2,434.27 | $2,807.63 |
| 397733 | Daniel | Ward | | $30.85 | $35.59 |

| | | | | | |
|---|---|---|---|---|---|
| 397741 | Greg | Stronach | | $8.62 | $9.94 |
| 397742 | Stephanie | Kuster | | $310.30 | $357.90 |
| 397743 | Robert | Kurth | | $41.47 | $47.83 |
| 397744 | Michael | Huotari | | $5.07 | $5.83 |
| 397745 | Paul | Young | | $3,868.67 | $4,462.06 |
| 397753 | Peder | Berg | | $30.15 | $34.77 |
| 397754 | Venessa | White | | $47.77 | $55.09 |
| 397755 | Luanne | Laviolette | | $1,324.71 | $1,527.90 |
| 397757 | Elena | Sidorenko | | $1.89 | $2.17 |
| 397758 | Stephen | Kitchen | | $39.06 | $45.06 |
| 399525 | Denise | Voelkner | | $2,539.34 | $2,928.82 |
| 399526 | Kaleb | Redman | | $0.00 | $0.00 |
| 402135 | Nicholas | Rutzinski | | $124.23 | $143.29 |
| 402136 | Rachel | Wirtz | | $85.47 | $98.58 |
| 402140 | Jeremy | Racoma | | $1,444.72 | $1,666.32 |
| 402142 | Erika | Stankey | | $41.68 | $48.07 |
| 402143 | Kristin | Knopp | | $3.52 | $4.06 |
| 402144 | Gary | Amsrud | | $2,394.21 | $2,761.43 |
| 402145 | Sydney | Brown | | $14.67 | $16.92 |
| 402149 | Kenneth | Schroeder | | $279.66 | $322.56 |
| 402151 | Terie | Cassell | | $2.37 | $2.74 |
| 402154 | Joshua | Smith | | $63.90 | $73.70 |
| 403271 | Kenzie | Hoegsted | | $77.29 | $89.16 |
| 404664 | Sarah | Gaestel | | $130.24 | $150.22 |
| 404667 | Richard | Griffin | | $181.12 | $208.90 |
| 404669 | Sharissa | Burnett | | $0.81 | $0.93 |
| 404670 | Ty | Schlichtmann | | $166.70 | $192.27 |
| 404671 | Marcus | Hasty | | $14.81 | $17.09 |
| 404673 | Mitchell | Banse | | $24.34 | $28.09 |
| 404674 | Jintang | Yu | | $1,244.49 | $1,435.36 |
| 404676 | Khalid | Adde | | $33.79 | $38.98 |
| 404678 | Amir | Maleki Asfestani | | $17.43 | $20.11 |
| 404680 | Mamadou | Billo Bah | | $59.64 | $68.79 |
| 404683 | Toua | Yang | | $1,915.72 | $2,209.56 |
| 404685 | Matthew | Eriole | | $230.79 | $266.19 |
| 404690 | Joseph | Harris | | $102.01 | $117.66 |
| 405933 | Kelli | Ray | | $45.40 | $52.36 |
| 405934 | Brandon | Greenhow | | $470.17 | $542.28 |
| 405939 | Evan | Rabideau | | $21.49 | $24.79 |
| 405944 | Debra | Eberhardy | | $7.28 | $8.39 |
| 405956 | Mary | Nelson | | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 405959 | Melissa | Parnow | | $243.79 | $281.19 |
| 405961 | Kachi | Yang | | $0.00 | $0.00 |
| 405963 | Jeanette | Mcginnis | | $5,325.48 | $6,142.30 |
| 405976 | Ryan | Kaun | | $14.83 | $17.11 |
| 405981 | Edith | Kugel | | $1,841.52 | $2,123.97 |
| 405986 | Diana | Taylor | | $172.86 | $199.39 |
| 406694 | William | Clark | | $4,143.56 | $4,779.11 |
| 406696 | Jillian | Bannister | | $4.18 | $4.83 |
| 406697 | Ian | Hoeffler | | $161.07 | $185.76 |
| 406698 | Samantha | Favrow | | $27.60 | $31.84 |
| 406699 | Charles | Kruschek | | $2.77 | $3.19 |
| 406700 | Anabel | Carruyo | | $1.11 | $1.27 |
| 406701 | Jeff | Brand | | $1,042.65 | $1,202.57 |
| 406702 | Deb | Rake | | $97.39 | $112.33 |
| 406705 | Jaimie | Schaitel | | $16.08 | $18.55 |
| 406709 | Hamid | Qaderi | | $88.12 | $101.64 |
| 406711 | Kaleb | Clark | | $3.13 | $3.61 |
| 406712 | Makayla | Muffley | | $222.66 | $256.81 |
| 406714 | Antonio | Zepeda | | $224.88 | $259.38 |
| 406715 | Gedi | Clausen | | $204.54 | $235.90 |
| 406716 | Michelle | Gaut | | $480.32 | $553.99 |
| 406850 | Greg | Zentmyer | | $64.22 | $74.08 |
| 407729 | Gregory | Stamm | | $2.50 | $2.89 |
| 407730 | Marshawn | Frisby | | $4,933.15 | $5,689.80 |
| 407731 | Lakaeshia | Bester | | $1.89 | $2.17 |
| 407732 | Kerri | Scoville | | $4.53 | $5.22 |
| 408201 | Dominique | Spencer | | $1.87 | $2.17 |
| 409221 | Mohammad Ershad | Shamshir | | $17.08 | $19.69 |
| 409328 | Bounthavy | Sopha | | $112.02 | $129.19 |
| 409464 | Grace | Miceli-wink | | $222.29 | $256.39 |
| 409470 | Colt | Lemmers | | $35.14 | $40.54 |
| 409473 | Michael | Pinkert | | $4,499.06 | $5,189.13 |
| 409475 | Shawn | Strouth | | $5,265.39 | $6,073.00 |
| 409479 | Paul | Haugen | | $41.08 | $47.38 |
| 409480 | Amber | Siwek | | $137.66 | $158.78 |
| 409481 | Alicia | Poirier | | $206.64 | $238.35 |
| 410141 | Chou | Vang | | $5.13 | $5.92 |
| 410924 | Kathryn | Gelhar | | $468.03 | $539.81 |
| 410925 | Yuanbo | Wang | | $7.99 | $9.22 |
| 410926 | Lij | Thao | | $6.34 | $7.32 |

| | | | | | |
|---|---|---|---|---|---|
| 410932 | Cecelia | Abbott | | $5,943.21 | $6,854.77 |
| 410935 | Tim | Hudson | | $284.27 | $327.86 |
| 410936 | Qutaiba | Alkhrsa | | $0.00 | $0.00 |
| 410937 | Amr | Alnesari | | $377.47 | $435.37 |
| 410939 | Benjamin | Groff | | $253.12 | $291.94 |
| 410940 | Charles | Botcher | | $14.26 | $16.44 |
| 411693 | Izaak | Miller | | $90.06 | $103.88 |
| 411694 | Jonathan | Nyseth | | $728.83 | $840.61 |
| 411695 | Sidrat | Abdullah | | $32.20 | $37.15 |
| 411697 | Michael | Perrault | | $41.34 | $47.68 |
| 411701 | John | Ringsmuth | | $435.31 | $502.08 |
| 412203 | Aharon | Wise | | $2.56 | $2.97 |
| 412206 | Liz | Sanders | | $0.63 | $0.73 |
| 412642 | Armani | Lambert | | $118.95 | $137.19 |
| 412661 | Regenia | Holmes | | $22.87 | $26.38 |
| 412664 | Rose | Miller | | $1.35 | $1.56 |
| 412666 | Suzette | Washington | | $46.61 | $53.77 |
| 412669 | Sumner | Latta | | $13.32 | $15.37 |
| 412670 | Adam | Diring | | $54.60 | $62.97 |
| 413074 | Maggie | Parker | | $260.34 | $300.27 |
| 413076 | Marie | Partarrieu | | $17.91 | $20.65 |
| 413077 | Clara | Ingalls | | $27.24 | $31.42 |
| 413078 | Leon | White | | $4.27 | $4.93 |
| 413080 | Mawussi | Aissegbe | | $50.01 | $57.68 |
| 413376 | Leon | Wesker | | $53.76 | $62.02 |
| 413377 | Madysen | Hylleberg | | $752.43 | $867.83 |
| 413636 | Sasha | Brown | | $42.80 | $49.37 |
| 413719 | Tracye | Campbell | | $163.59 | $188.68 |
| 415151 | Lauren | Yerant | | $41.10 | $47.42 |
| 415152 | Ashleigh | Banks | | $285.81 | $329.64 |
| 415156 | Leroy | Steiner | | $27.97 | $32.26 |
| 415159 | Kelly | Grebinoski | | $295.29 | $340.58 |
| 415161 | Tyler | Siegel | | $241.78 | $278.86 |
| 415162 | Monica | Hall | | $565.72 | $652.50 |
| 415168 | Jeffrey | Perlewitz | | $3,934.00 | $4,537.39 |
| 415169 | Debbie | Alt | | $64.43 | $74.31 |
| 415171 | Michael | Linzmeier | | $852.94 | $983.77 |
| 415173 | Stephanie | Thompson | | $9.25 | $10.68 |
| 415175 | Amber | Miller | | $45.16 | $52.09 |
| 415178 | Reginald | Reed | | $71.69 | $82.68 |
| 416045 | Paul | Iverson | | $308.47 | $355.79 |

| | | | | | |
|---|---|---|---|---|---|
| 416047 | Isiah | Siemers | | $2,934.77 | $3,384.91 |
| 416049 | Jacob | Kisiolek | | $0.00 | $0.00 |
| 416051 | Chris | Lopez | | $75.71 | $87.33 |
| 416569 | Jordan | Toeller | | $173.19 | $199.76 |
| 416573 | Tristan | Casey | | $40.47 | $46.68 |
| 416577 | Dorothy | Brown | | $54.27 | $62.59 |
| 419700 | Christopher | Matton | | $14.80 | $17.07 |
| 419709 | Trevor | Mcglynn | | $2.49 | $2.88 |
| 419710 | Jacob | Yaeger | | $155.85 | $179.74 |
| 419711 | Kirstin | Antonio | | $139.11 | $160.44 |
| 419714 | Ashley | Gossen | | $4.27 | $4.93 |
| 419715 | Santiago | Lopez | | $8.47 | $9.78 |
| 419716 | Timothy | Siler | | $0.00 | $0.00 |
| 419718 | Ugonna | Iwuagwu | | $0.00 | $0.00 |
| 419719 | Kyle | Connelly | | $3,984.27 | $4,595.36 |
| 419724 | Jolene | Sweere | | $24.61 | $28.39 |
| 420663 | Damien | Backus | | $105.60 | $121.80 |
| 420664 | Deana | Walsh | | $160.67 | $185.31 |
| 420668 | Hosne | Nuristani | | $0.58 | $0.67 |
| 420669 | Erin | Letcher | | $29.80 | $34.38 |
| 420671 | Roren | Finney | | $62.91 | $72.55 |
| 420672 | Justin | Smieja | | $6.61 | $7.63 |
| 420674 | Timothy | Bilbrey | | $0.00 | $0.00 |
| 420675 | Julie | Zingshiem | | $0.00 | $0.00 |
| 420676 | Erin | Smith | | $15.91 | $18.36 |
| 420678 | Nancy | Hougard | | $2,092.33 | $2,413.26 |
| 420679 | John | Peterson | | $3,077.65 | $3,549.70 |
| 420680 | Kelsey | Thurston | | $88.39 | $101.94 |
| 420681 | Anna | Pressley | | $164.89 | $190.18 |
| 420682 | Kiyoko | Reidy | | $63.99 | $73.80 |
| 420754 | Tyler | Uber | | $0.96 | $1.11 |
| 421106 | Tyler | Lommen | | $16.86 | $19.45 |
| 421108 | Cheng | Thor | | $60.54 | $69.82 |
| 421109 | Tyler | Ritter | | $754.90 | $870.69 |
| 421110 | Daniel | Lao | | $375.62 | $433.24 |
| 421111 | Cassandra | Hautala | | $0.76 | $0.88 |
| 421112 | Alex | Blexrud | | $0.00 | $0.00 |
| 421574 | Larry | Pongratz | | $4,652.93 | $5,366.57 |
| 421575 | Bret | Stenson | | $53.12 | $61.28 |
| 421578 | Renee | Tibbits | | $94.29 | $108.75 |
| 421580 | Ifran | Govani | | $734.96 | $847.69 |

| 421585 | Erin | Freeman | | $19.98 | $23.05 |
|--------|------|---------|--|--------|--------|
| 421586 | Robin | Abts | | $6.62 | $7.64 |
| 421588 | Scott | Dalchow | | $0.00 | $0.00 |
| 421589 | Alex | Schutt | | $103.63 | $119.54 |
| 422458 | Robin | Greer | | $4.56 | $5.26 |
| 423398 | Audra | Zwaska | | $27.78 | $32.04 |
| 423651 | Ashley | Prather | | $5.32 | $6.13 |
| 425637 | Breanna | Holzer | | $118.12 | $136.26 |
| 425668 | Noah | Stiles | | $421.30 | $485.92 |
| 425671 | Zachary | Wolfe | | $0.00 | $0.00 |
| 425831 | Joel | Castillo | | $152.23 | $175.59 |
| 425832 | Philander | Barfield | | $20.94 | $24.15 |
| 425862 | Justin | Grosse | | $403.00 | $464.82 |
| 425863 | James | Sims-robinson | | $0.27 | $0.31 |
| 425865 | Kristine | Harrison | | $15.90 | $18.34 |
| 425867 | Nathaniel | Stingle | | $1,000.93 | $1,154.44 |
| 425868 | Flynn | Dustrud | | $73.51 | $84.79 |
| 425906 | Christopher | Mcmenomy | | $36.34 | $41.92 |
| 425921 | Joseph | Romportl | | $5,075.26 | $5,853.68 |
| 426032 | Paul | Bosio | | $760.61 | $877.27 |
| 426049 | Clifford | Davis | | $23.22 | $26.79 |
| 426054 | Zoe | Ellertson | | $869.39 | $1,002.74 |
| 426063 | Dawn | Estep | | $1,139.64 | $1,314.45 |
| 426098 | Marly | Harman | | $26.26 | $30.30 |
| 426148 | Courtnee | Johnston | | $4.06 | $4.68 |
| 426150 | Dylan | Johnston | | $79.14 | $91.29 |
| 426161 | Timothy | Kind | | $4,549.20 | $5,246.96 |
| 426175 | Andrew | Quackenbush | | $138.52 | $159.78 |
| 426179 | Andrés | Rivas | | $0.91 | $1.06 |
| 426183 | Elizabeth | Roseberry | | $159.29 | $183.73 |
| 426211 | Amanda | Williams | | $206.44 | $238.11 |
| 426970 | Samuel | Burke | | $0.46 | $0.54 |
| 427587 | Zabdi | Abga | | $57.52 | $66.34 |
| 427704 | Jose | Collazo Santiago | | $1,185.14 | $1,366.92 |
| 428806 | Leyshla | Ortiz-martinez | | $23.70 | $27.34 |
| 429464 | Abdelmalek | Gueloud | | $1,042.54 | $1,202.45 |
| 429890 | Wyatt | Lipka | | $46.27 | $53.38 |
| 429904 | Zachary | Schoenberger | | $45.51 | $52.50 |
| 430332 | Mark | Haviland | | $52.41 | $60.44 |
| 430684 | Richard | Nunez | | $6.84 | $7.89 |
| 430698 | Michael | Hallom | | $76.27 | $87.97 |

| | | | | | |
|---|---|---|---|---|---|
| 430750 | Phylkendra | Polk | | $39.24 | $45.25 |
| 431875 | James | Thames | | $0.00 | $0.00 |
| 431887 | Keifvin | Malone | | $0.15 | $0.16 |
| 431894 | Jason | Goodrell | | $202.39 | $233.43 |
| 431896 | Laura | Paskell | | $0.00 | $0.00 |
| 431900 | Casandrah | Jones | | $5.47 | $6.30 |
| 431946 | Matthew | Neff | | $275.54 | $317.82 |
| 431955 | Mari | Dwyer | | $38.10 | $43.93 |
| 431964 | Morgan | Lancour | | $182.14 | $210.09 |
| 431974 | Christopher | Orr | | $12.18 | $14.04 |
| 431979 | Isaac | Vieau | | $11.29 | $13.02 |
| 431981 | Tasha | Lutynski | | $31.72 | $36.60 |
| 431982 | Yohan | Ortega | | $72.51 | $83.64 |
| 431989 | Colin | Cayo | | $2,667.27 | $3,076.39 |
| 432003 | Jennifer | Hettich | | $1,608.78 | $1,855.53 |
| 432012 | Ryan | Murray | | $15.72 | $18.12 |
| 432016 | Michael | Fischer | | $134.92 | $155.61 |
| 432020 | Rebecca | Fisher | | $513.87 | $592.69 |
| 432022 | Ashley | Phillips | | $2.49 | $2.88 |
| 432023 | Chase | Groothousen | | $6.19 | $7.15 |
| 432024 | Shane | Church | | $800.82 | $923.64 |
| 432025 | Jodi | Lajeunesse | | $7.50 | $8.64 |
| 432027 | Teri | Rohacek | | $102.22 | $117.91 |
| 434480 | Benjamin | Kneer | | $512.83 | $591.48 |
| 434491 | Sylvester | Kendrick | | $3,059.99 | $3,529.34 |
| 437560 | Mahir | Buyukpamukcu | | $569.13 | $656.43 |
| 437691 | Jacob | Elston | | $0.00 | $0.00 |
| 437693 | Alvaro | Maldonado | | $2.62 | $3.03 |
| 437714 | Yia | Xiong | | $0.00 | $0.00 |
| 437801 | Laurie | Alexander | | $8.62 | $9.94 |
| 437875 | Ryan | Wipperfurth | | $13.39 | $15.45 |
| 437881 | Mollee | Whyte | | $39.12 | $45.12 |
| 437884 | Mark | Shepard | | $0.00 | $0.00 |
| 437892 | Stephan | Lawrenz | | $23.85 | $27.51 |
| 437893 | Natalie | Patton | | $321.55 | $370.87 |
| 440599 | Troy | Truelove | | $1,048.33 | $1,209.13 |
| 440631 | Brenda | Diring | | $20.46 | $23.61 |
| 440783 | Erik | Hebble | | $230.14 | $265.45 |
| 441901 | Carleeta | Long | | $37.59 | $43.35 |
| 442662 | Bronwyn | Wolbers | | $78.70 | $90.78 |
| 442663 | Kollin | Vaughn | | $138.22 | $159.43 |

| | | | | | |
|---|---|---|---|---|---|
| 444396 | Courtney | Buckley | | $163.72 | $188.84 |
| 444729 | Brandon | Vlasak | | $1,654.76 | $1,908.55 |
| 444731 | Deanna | Wanninger | | $1.15 | $1.33 |
| 447132 | Carly | Behle | | $135.94 | $156.79 |
| 450450 | Wesley | Brandt | | $97.47 | $112.42 |
| 452536 | Rodney | Lewis | | $4.17 | $4.80 |
| 453193 | Abdallah | Ghebriou | | $73.74 | $85.05 |
| 454793 | Bradley | Kessler | | $11.85 | $13.66 |
| 459269 | Justin L | Shere | | $1,016.67 | $1,172.61 |
| 472750 | Maurice | Savage | | $5.02 | $5.80 |
| 473400 | Autumn | Williams | | $210.10 | $242.32 |
| 477803 | Dennis | Mahan | | $2.39 | $2.76 |
| 500582 | Heather | Brock | | $19.32 | $22.27 |
| 513086 | Lynnell | Johnson | | $164.55 | $189.78 |
| 528561 | Benjamin | Arnold | | $184.89 | $213.25 |
| 533701 | Nicole | Holtermann | | $571.41 | $659.05 |
| 536753 | Kenneth | Charlton | | $643.72 | $742.45 |
| 536862 | Erin | Richardson | | $577.07 | $665.58 |
| 549429 | Dylan | Ladika | | $0.00 | $0.00 |
| 563464 | Allison | Norris | | $0.00 | $0.00 |
| 568250 | Derrick | Mitchell | | $571.42 | $659.08 |
| 578653 | Peter | Watt | | $143.12 | $165.07 |
| 581924 | Elan | Mendez-smith | | $46.44 | $53.56 |
| 582253 | Tina | Murray | | $23.89 | $27.57 |
| 582993 | Tina | Jonet | | $0.00 | $0.00 |
| 584293 | Jacob | Gessler | | $19.65 | $22.66 |
| 584938 | Lynda | Gabrielse | | $0.00 | $0.00 |
| 586747 | Darryl | Taylor | | $647.43 | $746.74 |
| 588369 | George | Yingling | | $343.87 | $396.62 |
| 590039 | Joe | Decker | | $361.65 | $417.12 |
| 590598 | Edward | Kurth | | $0.00 | $0.00 |
| 591114 | Tonya | Jesko | | $0.00 | $0.00 |
| 592606 | Rosalinda | Mendiola | | $29.68 | $34.22 |
| 594293 | Timothy | Ingram | | $653.01 | $753.16 |
| 595217 | Robert | Bessolo | | $2,339.89 | $2,698.78 |
| 595640 | Kevin | Mcmahan | | $238.83 | $275.46 |
| 596428 | Laura | Ralston | | $0.00 | $0.00 |
| 598007 | Amy | Jesse | | $19.36 | $22.33 |
| 598415 | Dan | Torres | | $391.92 | $452.04 |
| 600120 | Ryan | Graham | | $103.75 | $119.67 |
| 601574 | Cassie | Riemer | | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 603057 | Amanda | Jenkins | | $0.49 | $0.57 |
| 603665 | Jose | Humberto Franca Correia | | $0.00 | $0.00 |
| 604404 | Larry | Cooper | | $0.00 | $0.00 |
| 605272 | Michael | St. Ores | | $0.00 | $0.00 |
| 605291 | Alexis | Violette | | $0.00 | $0.00 |
| 606237 | Crystal | Banner | | $1,806.46 | $2,083.53 |
| 606860 | Chad | Baker | | $111.57 | $128.68 |
| 608186 | Emily | Mutz | | $20.24 | $23.37 |
| 608474 | Nathan | Neitzel | | $212.70 | $245.32 |
| 609094 | Michael | Mcbriar | | $3.69 | $4.26 |
| 610191 | Sarah | Deischer | | $132.43 | $152.75 |
| 611375 | Edith | Gordillo Infante | | $0.00 | $0.00 |
| 611892 | Elena | Winfree | | $260.85 | $300.85 |
| 612283 | Rama | Jabban | | $0.00 | $0.00 |
| 615184 | Abigail | Cooley | | $0.00 | $0.00 |
| 619156 | Kris | Black | | $2.68 | $3.09 |
| 619189 | Javon | Sansom | | $267.19 | $308.19 |
| 620788 | Anthony | Monetti | | $14.47 | $16.69 |
| 620797 | Caitlyn | Gollata | | $0.00 | $0.00 |
| 621149 | Terrance | Longsine | | $135.72 | $156.55 |
| 622344 | Ragene | Williams | | $218.62 | $252.16 |
| 622694 | Sheila | Burns | | $96.97 | $111.85 |
| 625592 | Madison | Melchion | | $62.65 | $72.25 |
| 628251 | Dimia | Moore | | $1.36 | $1.57 |
| 629137 | Dominik | Miller | | $252.15 | $290.82 |
| 635632 | Tek | Kc | | $0.00 | $0.00 |
| 639295 | Kay | Budreau | | $0.00 | $0.00 |
| 642705 | Hailey | LaJeunesse | | $0.00 | $0.00 |
| 645767 | Chloe | Carlson | | $0.00 | $0.00 |
| 649067 | Greg | Weiland | | $0.00 | $0.00 |
| 654335 | Grace | Umuhorakeye | | $227.20 | $262.05 |
| 662419 | Sammantha | Taylor | | $91.84 | $105.93 |
| Bryan Harris | Bryan | Harris | | $339.96 | $392.10 |
| Calvin Jones | Calvin | Jones | $4,000.00 | $4,433.49 | $499.97 |
| Celeste Heritz | | | | $524.74 | $605.23 |
| Desta Ukulo | Desta | Ukulo | | $0.00 | $0.00 |
| Elizabeth Vasquez Sanchez | Elizabeth | Vasquez | | $0.00 | $0.00 |
| Gale McKeeth | | | | $3,894.07 | $4,491.33 |
| Gunnar Voelker | | | | $1,090.52 | $1,257.79 |
| Henry Nwachukwu | Henry | Nwachukwu | | $844.21 | $973.69 |

| | | | | | |
|---|---|---|---|---|---|
| Isaac Guerlin | Isaac | Guerlin | | $0.00 | $0.00 |
| Jennifer Horejs | | | | $2,118.11 | $2,443.00 |
| Joanna Yard | | | | $0.00 | $0.00 |
| Kathryn Ethridge | | | | $1,414.06 | $1,630.96 |
| Keith Covey | | | | $90.02 | $103.83 |
| Kristoffer Martin | | | $7,000.00 | $8,500.12 | $1,730.20 |
| Neil Green | | | | $329.98 | $380.60 |
| Precious Brown | | | | $1,088.37 | $1,255.31 |
| Rosetta Penager | | | | $141.71 | $163.43 |
| Scott Quattrucci | | | $4,000.00 | $8,951.29 | $5,710.71 |

7.  Having reviewed plaintiffs' petition for attorneys' fees and costs, the court concludes that plaintiffs' request for one-third[1] of the settlement fund plus costs is fair and reasonable. The court awards Hawks Quindel, S.C. $413,333.33 in fees and $12,965.93 in costs, payable in two installments. The first installment in the amount of $219,632.50 shall be paid within 30 days of this order. The second installment in the amount of $206,666.66 shall be paid not later than 90 days after the first payment is made.

8.  Defendant shall pay the remaining costs, in the amount of $27,000, to the Settlement Administrator within 30 days of the date of this order.

9.  This case is dismissed without prejudice and without further cost to either party. The court shall retain jurisdiction over this matter to the extent it is necessary to enforce the parties' settlement. Upon satisfaction of the terms of the Settlement Agreement, defendant may move for dismissal of all claims with prejudice.

10.  The clerk of court is directed to enter judgment and close this case.

---

[1] The court also conducted a lodestar check, using $450 as an hourly rate for Attorneys Summer Murshid, Larry Johnson, and Timothy Maynard, which it found to be reasonable.

Entered May 19, 2023.

BY THE COURT:

/s/

JAMES D. PETERSON
District Judge