IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRISTOFFER MARTIN, SCOTT QUATTRUCCI,
and CALVIN JONES, individually and on behalf of
all others similarly situated,

        Plaintiffs,                             Case No. 20-cv-279-jdp

v.

EATSTREET, INC.,

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered certifying a class under Fed. R. Civ. P. 23 as follows:

> All EatStreet delivery drivers who were employed in Wisconsin between March 26, 2018, and June 19, 2021, who did not sign an arbitration agreement.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered certifying a collective under the Fair Labor Standards Act, 29 U.S.C. § 216(b), as follows:

> All EatStreet delivery drivers who were employed in Wisconsin between March 26, 2017, and June 19, 2021, who did not sign an arbitration agreement, and those EatStreet delivery drivers who have already opted into this matter.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered certifying Kristoffer Martin, Scott Quattrucci, and Calvin Jones as representative plaintiffs for the class and collective, for which they are entitled to service payments of $7,000, $4,000, and $4,000, respectively, and finding that the settlement terms

negotiated by the parties and described in a Settlement Agreement dated December 17, 2021, are a fair and reasonable resolution of a *bona fide* dispute between the defendant, the named plaintiffs, the members of the class certified under Fed. R. Civ. P. 23, and the members of the collective certified under 29 U.S.C. § 216(b). Judgment is entered in favor of plaintiffs against defendant EatStreet, Inc. in the amount $1,240,000.00 for attorney fees, costs, and payments to the class and collective members in the manner set forth in the Settlement Agreement and in paragraphs 6-8 of the court's order, dkt. 187, dated May 19, 2023.

Approved as to form this __5TH__ day of June, 2023.

_____
James D. Peterson
District Judge

_____
Joel Turner
Clerk of Court

June 5, 2023
Date